UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN G. WOODS, | Case No. C07-313-RSM-JPD |
| Plaintiff, | |
| v. | |
| HARTFORD LIFE INSURANCE COMPANY, | MINUTE ORDER |
| Defendant. | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge. On March 1, 2007, plaintiff filed an application to proceed *in forma pauperis* ("IFP") in her complaint against Hartford Life Insurance Company. Dkt. No. 1. However, the following deficiency has been noted:

(1) A "Written Consent for Payment of Costs" is missing. The filing of such a form is required by Local Rule CR3(b)(2). The plaintiff is hereby ordered to complete and return the amended IFP application to the Clerk's office **no later than Friday, April 6, 2007**. Otherwise, the action may be subject to dismissal. Forms are available in the Clerk's office and online at http://www.wawd.uscourts.gov/ReferenceMaterials/Forms.htm.

(2)   The Clerk is directed to send copies of this Order to the parties.

DATED this 7th day of March, 2007.

                                  Bruce Rifkin
                                  Clerk of the Court


                                /s/  Peter H. Voelker
                                PETER H. VOELKER
                                Deputy Clerk