UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN G. WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.  C07-313RSM<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

    Plaintiff's 84-page Motion for Decision on the Administrative Record (Dkt. # 12) violates the page limits set forth in the local rules, and accordingly is STRICKEN as improper.  A motion and supporting memorandum shall be filed as one document, which shall not exceed twenty-four pages for dispositive motion such as this.  Local Rules 7(b)(1) and 7(e)(3).  Supporting evidence, in the form of authenticated administrative records, may be filed separately as exhibits, and are not included in the page limitation.  Defendant's Motion to Strike and Motion for Relief from Deadline (Dkt. # 15) is also STRICKEN as moot.

    DATED this 26th day of July, 2007.

                                            BRUCE RIFKIN, Clerk

                                            By: /s/ Rhonda Stiles
                                                     Deputy Clerk

MINUTE ORDER